# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:09-CR-00342-GMN-GWF |
| vs. ) | |
| ) | **ORDER** |
| ERIC MICHAEL HARRIS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On February 18, 2016, this Court held a hearing for revocation of supervised release as to Defendant Eric Michael Harris. The Government and the U.S. Probation Office requested that the revocation in this case be continued to allow Defendant to reside in the halfway house program.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Eric Michael Harris reside in a residential re-entry center for a period of up to 120 days.

**DATED** this __1__ day of March, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court