# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-cr-00342-GMN-GWF |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR ERIC M. HARRIS ID #1754272 |
| vs. | |
| ERIC M. HARRIS, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ERIC M. HARRIS, #1754272,** before the United States District Court at Las Vegas, Nevada, on or about on July 18, 2016 at the hour of 11:30 a.m., for a supervised release hearing, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: July 8, 2016

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE